**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Power Beverages, LLC, | CIVIL ACTION NO. _____ |
| Plaintiff, | |
| v. | |
| Side Pocket Foods Company, d/b/a Side Pocket Corp., | |
| Defendant. | |

**COMPLAINT**

# EXHIBIT A




DISTILLERY AND BEVERAGE

# Invoice

Bill To:                                    Date: November 19, 2009

Power Beverages LLC

24 Green Valley Drive

Greenville, SC. 29617

| Invoice Date | P O # | Terms |
|---|---|---|
| 11/19/2009 | Breakdown | Upon Receipt |

| | Description | Unit Price | Total |
|---|---|---|---|
| 820 cases | Production Run (PB-01) 5/15/2009 — 750 ml | $8.64/case | $7,084.80 |
| 820 cases | Excise tax due for PB-01 | $25.68/case | $21,057.60 |
| 785 cases | Production Run (PB-02) 7/8/2009 — 1 Liters | $13.20/case | $10,362.00 |
| 785 cases | Excise tax due for PB-02 | $34.32/case | $26,941.20 |
| Misc | NGS — Corks — Shrink Sleeves | | $12,600.00 |
| | UPS and freight bills | | $2,593.99 |
| | | Balance Due | $80,639.59 |
| | paid PS 2009 — 750 ml | $25.68/case | -$7,190.40 |
| | corks and rink sleeves | | -$12,000.00 |
| | Thank you for your business. | Remaining Balance Due | $60,849.19 |

Office: (541) 767-9146 · Toll Free: (877) 283-9942 · 1780 Carnegie Way Cottage Grove, OR 97424

WWW.SIDEPOCKETCORP.COM

000020